# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| FAROSHA LOYDE-LEE, *Plaintiff* v. HAMILTON COUNTY, *Defendant* | ) ) ) ) ) ) | Civil Action No. 1:20-cv-157-CEA-SKL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 14] is GRANTED. Plaintiff's § 1981 claims are time barred and dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Charles E. Atchley, Jr on a motion for Dismissal [Doc No. 14]. Plaintiff's complaint is DISMISSED WITH PREJUDICE pursuant to FRCP 12(b)(6).

Date: 3/5/2021

*CLERK OF COURT*

s/Barbara J. Lewis, Deputy Clerk
*Signature of Clerk or Deputy Clerk*